UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

SANDRA A. WALCH,                       Case No. 10-40597-MBM
                                                   Chapter 7
              Debtor.                          HON. MARCI B. MCIVOR

_____/

**STIPULATION TO ENTRY OF ORDER RESOLVING TRUSTEE'S
OBJECTIONS TO DEBTOR'S EXEMPTIONS AND AMENDED EXEMPTIONS**

Chapter 7 Trustee Wendy Turner Lewis and the Debtor stipulate to entry of the attached Order Resolving Trustee's Objections to Debtor's Exemptions and Amended Exemptions (docket no. 15).

Agreed:

| STEINBERG SHAPIRO & CLARK | GREGORY L. DODD ATTORNEY AT LAW |
|---|---|
| /s/ Lauren Schumacher Oriani (P72317) | /s/ Gregory L. Dodd (P43404) |
| Attorney for Trustee | Attorney for Debtor |
| 25925 Telegraph Road, Suite 203 | 300 N Huron St |
| Southfield, MI 48033 | Ypsilanti, MI 48197 |
| (248) 352-4700 | (734) 487-2611 |
| oriani@steinbergshapiro.com | gregorydodd@doddkeyeslaw.com |

In re:

SANDRA A. WALCH,                          Case No. 10-40597-MBM
                                                      Chapter 7
                 Debtor.                HON. MARCI B. MCIVOR

_____/

## ORDER RESOLVING TRUSTEE'S OBJECTIONS TO DEBTOR'S EXEMPTIONS AND AMENDED EXEMPTIONS

This matter has come before the court upon the stipulation of the Chapter 7 Trustee and the Debtor concerning the Trustee's Objections to the Debtor's Exemptions and Amended Exemptions (docket no. 15). The court, noting the agreement of the parties and being fully advised in the premises, finds good cause to enter this order.

**IT IS ORDERED** as follows:

(A) The Debtor's 11 U.S.C. §541(b)(6)(C) exemptions for the TCF checking account, National City checking account, Fed Ex savings account and TCF business account are denied in their entirety.

(B) The Debtor's 11 U.S.C. §522(d)(1) exemptions for the 2009 tax refunds, past due rent owing from Meoshi Craighead and past due rent owing from James Martin are denied in their entirety.

(C) The Debtor's 11 U.S.C. § 522(d)(2) exemptions for the 1994 GM truck and 1996 GM truck are denied in their entirety. The Debtor's § 522(d)(2) exemption for the 2000 Volvo in the amount of $2,000 is allowed as filed.