Case No: 10-40597 MBM Judge: MARCI B. MCIVOR  
Case Name: WALCH, SANDRA A.  
For Period Ending: 03/31/10

Trustee Name: WENDY TURNER LEWIS, TRUSTEE  
Date Filed (f) or Converted (c): 01/11/10 (f)  
341(a) Meeting Date: 02/18/10  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3270 Sophia, Wayne, MI 48184 | 49,401.00 | 0.00 | DA | 0.00 | FA |
| 2. TCF checking account | 24.15 | 0.00 | DA | 0.00 | FA |
| 3. National City checking | 100.25 | 0.00 | DA | 0.00 | FA |
| 4. Savings account Fed Ex | 153.35 | 0.00 | DA | 0.00 | FA |
| 5. Business account TCF | 415.41 | 0.00 | DA | 0.00 | FA |
| 6. 1 laptop computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Furniture | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 100 books | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. Debtor's personal clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 10. 2 gold chains | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. 1 wedding ring | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. Vanguard 401(k) | 126,275.44 | 0.00 | DA | 0.00 | FA |
| 13. Ameriprise investment account | 6,957.92 | 0.00 | DA | 0.00 | FA |
| 14. Meoshi Craighead - former tenant, past due rent | 9,750.00 | 9,750.00 | | 0.00 | 9,750.00 |
| 15. Regina Miner- former tenant, past due rent | 5,075.00 | 5,075.00 | | 0.00 | 5,075.00 |
| 16. Charlotte Burton- former tenant, past due rent | 4,975.00 | 4,975.00 | | 0.00 | 4,975.00 |
| 17. Austin Moreno - former tenant, past due rent | 2,925.00 | 2,925.00 | | 0.00 | 2,925.00 |
| 18. James Martin- former tenant, past due rent | 30,000.00 | 30,000.00 | | 0.00 | 30,000.00 |
| 19. Nicole Tishma- former tenant, past due rent | 1,950.00 | 1,950.00 | | 0.00 | 1,950.00 |
| 20. George & Kelly Priess- former tenant, past due ren | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 21. Deshawn Hood- former tenant, past due rent | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 22. 1994 GM truck | 500.00 | 500.00 | | 0.00 | 500.00 |
| 23. 2000 Volvo | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 24. 1996 GM truck | 50.00 | 50.00 | | 0.00 | 50.00 |
| 25. 2 pet dogs | Unknown | 0.00 | DA | 0.00 | FA |
| 26. TAX REFUNDS (u) | 2,364.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values) $257,166.52 $67,725.00 $0.00 $67,725.00

Value of Remaining Assets  
(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NON EXEMPT PERSONAL PROPERTY AND COLLECTION OF ACCOUNT RECEIVABLES

Initial Projected Date of Final Report (TFR): 12/30/11   Current Projected Date of Final Report (TFR): 12/30/11

/s/ WENDY TURNER LEWIS, TRUSTEE  
_____ Date: 04/21/10  
WENDY TURNER LEWIS, TRUSTEE  
444 WEST WILLIS STREET, SUITE 101  
DETROIT, MI 48201  
Phone: (313) 832-5555

| | | | |
|---|---|---|---|
| Case No: | 10-40597   MBM   Judge: MARCI B. MCIVOR | Trustee Name: | WENDY TURNER LEWIS, TRUSTEE |
| Case Name: | WALCH, SANDRA A. | Date Filed (f) or Converted (c): | 01/11/10 (f) |
| | | 341(a) Meeting Date: | 02/18/10 |
| | | Claims Bar Date: | |

Email: trustee@lewistrustee.com
Bar Number: P39505